OLIVIER & SCHREIBER LLP
Monique Olivier (SBN 190385)
Christian Schreiber (SBN 245597)
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980
monique@os-legal.com
christian@os-legal.com

COMMUNITY LEGAL SERVICES
IN EAST PALO ALTO
Vinuta Naik (SBN 293148)
1861 Bay Road
East Palo Alto, CA 94303
Telephone: (650) 326-6440
vnaik@clsepa.org

*Attorneys for Plaintiff*
*ADAN RUBIO*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN RUBIO, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>INFLECTION RISK SOLUTIONS, LLC d/b/a GOODHIRE, a Nevada corporation,<br><br>                Defendants. | Case No.: 3:22-cv-02736 WHA<br><br>**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ADAN RUBIO and Defendant INFLECTION RISK SOLUTIONS, LLC d/b/a GOODHIRE, a Nevada corporation, hereby stipulate and agree to dismiss this action. Plaintiff's individual claims are dismissed with prejudice, but without prejudice as to the claims of any putative class members.

DATED: September 20, 2022　　　　　Respectfully submitted,

OLIVIER & SCHREIBER LLP
COMMUNITY LEGAL SERVICES
IN EAST PALO ALTO

/s/ *Christian Schreiber*
Christian Schreiber

*Attorneys for Plaintiff Adan Rubio*

DATED: September 20, 2022　　　　　HIRSCHFELD KRAEMER LLP
ARNALL GOLDEN GREGORY LLP

/s/ *Megan P. Mitchell*
Megan P. Mitchell

*Attorneys for Defendant*
*Inflection Risk Solutions, LLC d/b/a GoodHire*

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.